No. 6430. McNEIL *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▮

No. 6435. FINNEY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ▮

No. 6436. MENSIK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 945. MILITANA *v.* UNIVERSITY OF MIAMI. Dist. Ct. App. Fla., 3d Dist. Motions to dispense with printing petition and supplemental petition granted. Motion for leave to file supplemental petition granted. Certiorari denied. ▮

No. 1087. KELLY, JUDGE *v.* FLORIDA JUDICIAL QUALIFICATIONS COMMISSION. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted. ▮

No. 1090. BERGER *v.* UNITED STATES; and

No. 1211. LEVY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE took no part in the consideration or decision of these petitions. Reported below: 433 F. 2d 680.

No. 1112. KING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. ▮